IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN COOK :
    Plaintiff, :
: CIVIL ACTION
v. :
TABB BICKELL, ET AL., : NO. 11-6068
    Defendants. :

## ORDER

AND NOW, this 11th day of May, 2012, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells and Petitioner's objections, **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED.**

2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED** without an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark the case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Petrese B. Tucker*
Hon. Petrese B. Tucker, U.S.D.J.